**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Leonel Izquierdo Garcia

                                   Plaintiff,

v.                                                          Case No.: 1:26–cv–08850
                                                            Honorable Sunil R. Harjani

Samuel Olson

                                   Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, July 31, 2026:

     MINUTE entry before the Honorable Sunil R. Harjani: For the reasons stated in the Order, Petitioner's Petition for Writ of Habeas Corpus [1] is granted. Respondents are ordered to provide Petitioner with a bond hearing pursuant to 8 U.S.C. ‡; 1226(a) within five days of this order. The parties are to file a joint status report by August 7, 2026, that updates the court on the status of Petitioner's release status, including when the Petitioner received a bond hearing, the result of that bond hearing, and any findings made by the immigration judge. Hearing set for August 20, 2026, is stricken as unnecessary. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.